IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CV-486-RJ

| | |
|---|---|
| CHRISTOPHER BLAKE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter comes before this court on Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). [DE-18]. Plaintiff seeks $6,500.00 in attorney's fees for 30.4 hours of work by his counsel in this matter, and Defendant consents to an award of the requested fee. *Id.* at 1, 3. This court finds the award of $6,500.00 in attorney's fees "reasonable," both with respect to the hourly rate charged and the number of hours claimed. *See Hyatt v. Barnhart*, 315 F.3d 239, 248 (4th Cir. 2002) (quoting 28 U.S.C. § 2412(d)(2)(A)(ii)).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $6,500.00 in attorney fees, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d). If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte Hall, and mailed to her office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

SO ORDERED, this 25 day of November, 2024.

                                                                    Robert B. Jones, Jr.
                                                                    United States Magistrate Judge